We thank counsel for their arguments and we'll proceed to the next case on the calendar or Siga versus Fraunheim All right counsel have 15 minutes aside and Mr.. Eldridge whenever you're ready good morning your honor is David Andrew Eldridge deputy attorney general for Respondent who is the appellant in this case? This case to begins with a lack of Supreme Court precedent That is necessary for the rent to have been granted so counsel I Asked your friend this as well the superior court Docket sheet, maybe that's not what it's called, but it says that there was an oral ruling By the trial court judge in the second trial which says that the conviction is Conditionally vacated the prior one yes, what does that mean? Well one thing it means it's not unconditionally vacated. Well, but what does it mean? What does it mean? That the conviction is Conditionally vacated or tell me what the state of California's view is The or opinion is as to what that means the argument the the the basis the argument was made to the trial judge I was in contact with the DA was that do not set it aside because Do not unconditionally vacated because if we prevail in the Ninth Circuit We want the court to be able to reinstate it okay, so so That's what the argument was, but you can't cite any law California law that says that that's a term of art of some sort well the statute cited some codes of procedure 187 Begins where there is a lack of statutes, that's the court must decide what procedures to use when there is no statutory or constitutional direction so Given that this is only done in order to allow the new trial to take place, but But when the court says specifically unconditionally I'm sorry conditionally Do you have any? California case law or procedural law that says in a circumstance Like this if we were to agree with you on the merits And reverse the district court is there any California precedent law or anything that would say? the second trial becomes a nullity and We reinstate the the first conviction not Withstanding the fact that jeopardy attached in the second trial and went to a verdict is there anything you can cite us to I don't I? Have called her and be more which says that even even after a trial has begun a Reversal of a writ grant would obviate the need for it, so it can't be that commencing the trial Is enough to make it moot so if commencing it is enough to make it moot Why would but but is there any California law that says this can happen in, California? I'm not aware of I Don't have a case in which this has actually happened Would it would it would it make any difference to your position if at the second trial the petitioner had been acquitted? That Would get More difficult to analyze why because The word thorny comes up you you have constitutional questions of whether or not you would be able to impose the prior one once a secondary as acquitted Sort of doctrinal philosophical problem is I mean I agree with the statement you just made But I have trouble seeing why it would make any difference depending on what the result was that Why would the fact that there was an acquittal rather than a conviction make it? More difficult to reinstate the first verdict because double jeopardy it doesn't matter what the result is really it matters that you Are theoretically being twice put in jeopardy well? being placed in jeopardy twice was The prior jeopardy has already occurred the prior conviction already occurred so Double jeopardy is a bar on the second one so double jeopardy really doesn't make any sense to assert here because And then why would it be different? Why would it make a difference were he hypothetically acquitted it? I think a court would hesitate more just because there's a certain sense of Something when there's there's a quibble But I'm not sure at all that he couldn't and indeed my argument would be that you still can because the second one he the person already was convicted after a Proper trial and the fact that he later got something. He wasn't entitled to isn't much different than The pellet court reversing and then taking it up on review and the California Supreme Court saying you shouldn't have reversed it And undoing the reversal So I want to go back to one of the facts or the from the court docket and again I don't know what the term user. I have a printout from the Superior court docket and it reflects a defense motion on February 8 to vacate the previous sentence And it was an oral motion and the record says motion denied And then there's something apparently currently pending a notice of written motion filed on March 3rd by the defense to vacate the prior record of conviction and That apparently is pending scheduled for hearing next week That's I haven't seen anything that reflects the condition the conditional vacating And so what exactly? Happened there the emotion the motion for judicial notice that we did not oppose and this court granted so docket entry 16 The final page And that was on That was before the thing you just cited Which I I don't believe was placed before this court Yeah, this was I was trying to figure how the sequence went. So I wound up checking the court record Just to see what was happening when it may have been I didn't go back far enough early in time I am aware of the filing you just referenced the DA sent me a copy which I haven't had a chance to look at and Their effort is to make sure that you can't But it's just a motion and the DA is expected to oppose it And point out that this courts that the courts authority is as broad. It can make a substantial difference because Case law in this field is skimpy I could appreciate your difficulty in responding to judge Bennett's question because there just isn't much out there to speak to There is a Seventh Circuit case that seems to speak to this the Brown case But that turns on the fact that the court and I guess, Indiana Had vacated the previous previous conviction and it looks like the only thing we have to deal with is this conditional Setting aside to permit the second trial to go through but it still hasn't been resolved by the Superior Court let alone by the Appellate Courts of California what the impact of all of this is so I You can't find a case one way and you can't find a case. The other way as best I can figure out I That's correct. The although the cases on when 187 are quite broad and they note that the court can do whatever is necessary to make sure no rights are lost So it wouldn't be that Dirty a statute necessarily and it's not really surprising that there wouldn't be much case law on it because There aren't a staggering number of great grants that in which this would arise But you the difficulty that you I'm sorry, I forgot to ask them to reserve time And I'm gonna give you enough time to make a Batson argument and we'll still give you some rebuttal time I Won't go right back to this first Idiot and I tried to give you the best answer I could but I have to point out It is not our burden to show that this case is not moot in the ordinary sense It is defendants petitioners burden to show that there is no relief available so if there is a question this court has as to whether or not this would have the effect of enabling the state court to Do something to reinstate? the prior the prior judgment This court proceeds as though it does because it is there is a heavy burden to prove mootness not a burden to disprove it Well, my guess is that we'll be asking your friend similar questions. I In light of the lack of Real response to the Batson arguments. I don't have an affirmative thing. I want to say I'm really I Respond to what the district courts order said and and I got to tell you that I look at what happened here It's not unlike Johnson versus, California in the sense that the court the trial court and the appellate courts of California Recited what was supposed to happen, but then behaved in a way that the Supreme Court said That's not what Batson instructs us, okay And so I I'm not sure the same problem does exactly the same problem doesn't exist here because at this case the trial court Short-circuited the process by declaring there had been no prima facie case shown which is step one and then the Court of Appeals Went and said well under our law We're supposed to examine to see if the prosecutor Might have had legitimate reasons and we imagine these reasons could exist. So we're gonna say it's okay The problem is that's not a step one Evaluation. No, it's a step three Evaluation after a step two where the prosecutor is called upon to give actual reasons and none of that happened That's not true Your honor Batson doesn't say any Batson or Johnson do not in any way say an appellate court is supposed to try to resolve step one You're splitting up the question. It's not really the question before us We're concerned with the end result is the end result compliant with Batson You've tried to subdivide an issue that says all we're talking about here is the appellate standard or review Yes, I'm less concerned with the articulated standard review than what actually happens when the court goes to apply that standard the process it does not appear to Constitute a review of the district courts decision at step one that there was no prima facie case Well, they don't they're not required to review it at all. Your honor. There is no right There's no but that means we go back to the trial courts Articulation and and if that's not something going to try to defend but your honor when you say you cut it short at step one Batson explicitly says you can cut it short at step one if you don't make the showing so I thought you did that did the Court of Appeal conclude that defendant in that context that defendant had not made a prima facie case Or did the Court of Appeal go on to the subsequent steps of Batson and say there might have been Legitimate reasons for the prosecutor to object the the Court of Appeal. You're actually misstating it I'm afraid the Court of Appeal the Court of Appeal said I'm putting to you do not prove that the trial court failed Failed at step one if the record has some tendency to show Reasons that the prosecution would not because we can be sure ourselves That the prosecution didn't make a step one that the defendant to make a step one showing but because Just as it just as this court in Torrey page has acknowledged. You can't realistically Determine or a second guess a trial judge. So you don't have so counsel your the California's argument here is that even if There was the required prima facie showing because of the number of people with Hispanic surnames on which the prosecutor used his preemptories even even though If it were doing a straight step one analysis that would meet it that Batson is satisfied by someone either the district court I mean the trial court or the appellate court making a factual finding that in the absence of the prosecutor offering any justification for his or her strikes There was some evidence in the record which could have justified those strikes other than Racial bias. So is it California's position that the combination of those two things satisfies Batson? Regardless of who makes the finding no No The Batson requires the trial judge to make that finding you there are a stream of cases And what happens when the trial judge? Didn't have the right finding in mind and therefore courts have tried to fix but what we have here as I understand it is a large number of jurors in the voir dire array Were struck who had Spanish surnames and the trial court said There is evidence In the record that might have justified the prosecutor's strikes on non Non Racial reasons, so I'm not going to even make the prosecutors state their reasons. No, that's not what happened No, that is not what happened. We first of all, you don't have the actual Batson arguments in front of you That was done off the record No But I have the I have the trial courts fine It's it's summary and it's summary isn't that because there are reasons that could have existed. I find no point of this case He says I took notes of each of them and I don't find it. I don't find the pattern that apparently was argued Outside and you simply didn't make a showing I I agree with what there's no prime face case of exclusion And I note your statement that there are 15 jurors excused a significant number of which barring Hispanic surnames But I did my best to keep track and keep notes based on those answers It does appear that none that there wasn't a pattern of discrimination based on racial makeup alone, and there is no showing That and I won't even ask people to make a response which exactly is what Batson Doesn't require is Statements until you have succeeded at sub one. No statements are required. So there's nothing suspicious There's nothing odd or wrong about failing to ask us unless we were to find that Whatever the standard of review was even if we were deferentially reviewing those factual findings by the trial court That based on the actual vlog. Yeah, our dire transcript that that was clearly in error Well, you would have to find that it is an unreasonable determination of fact, yes and Assuming it's entitled to deference We would have to find an unreasonable determination of fact based on the evidence that was presented and you don't have all the evidence that Was presented you don't know what the gestures were. You don't know what the expressions were. This is exactly what over those whose Responsibility is that the person with the burden of proof? Well, but the Supreme Court made a point of saying we don't want to speculate here And that's why the Supreme Court has said the burden at step one is low Because we want to get the prosecutor to give the actual reasons and then have us a record to evaluate Well, then what happened here is a trial court decided to apply what it thought was the step one standard prima facie But applied a standard that seems to be somewhat higher than the Supreme Court required and then and this is what I'm trying to get to I Look at the Court of Appeal decision, which recognizes that the trial court's decision was prima facie step one But then the court goes on to discuss the factors that are supposed to be considered at steps two and three You're gone. How does where in the Court of Appeal? Is there a discussion that explains why the trial court's decision at step one is? Appropriate. Well when the California Court of Appeal says that we affirm except one ruling If these things are shown it is saying this is a standard by which the only thing we can do in Determining except one whether it was proper because we don't have the record that the trial judge had They're not saying for example that we can do that we can realistically question the trial judge because there are all these things that we'll never know and the burden The petition the defendant has the ability to make more of a record except one if he wishes he can We do have though is the undisputed fact that no one ever asked the prosecutor for their reasons We know that that's correct, and that's not supposed to happen at step one. You're on at step one step one is She's made the prima facie case at step one when You keep saying for example the court thought you were supposed to say prima facie at step one That is the standard at step one That is what Batson says you don't get to ask the prosecution to reveal their reasons until you've made a plausible showing at step one So tell me how that decision can be affirmed based not on a review of For example the evidence we have in front of us about the number of Spanish surnamed members of the panel and so forth but instead by Speculating as to what reasons the prosecutor might have had for exercising challenges Which under the Batson formula is supposed to come later under the formula you're talking about is still included in this prima facie Showing at step one, but that's what the Court of Appeal talked about well When you say these things are and you keep you keep implying that they are only relevant at step One If it's not relevant only at step three or step two then it is also relevant at step one And I remind you that the court's task is determined from all of the evidence presented which means all the evidence in the show What might be an obvious reason? You haven't disputed the evidence in the conclusion of the district court based on the number of Spanish Surnamed members of the panel and the exercise of challenges you haven't directly challenged the district courts conclusion that That makes a prima facie showing of discrimination, which should have required the trial court to have gone further I have I have argued that the California the Court of Appeals the state district trial court made a fact-finding and The the district judge Got around that by saying well the appellate court made the wrong ruling and I've also argued that the lower court the trial judge's ruling Would stand up even in a pre-epic case because in a pre-epic case All this court did was look and see whether or not there was a reason that would have supported it All right, and that was affirming a step one ruling. Thank you counsel. We'll give you some time for rebuttal May It please the court David Porter from the Federal Defender's Office in Sacramento I represent Mario Arcega who is the appellee and the petitioner in this case? I'd like to address just judge Bennett's question that started off the argument about California law my learned colleague Concedes that there is no California law Addressing this particular point, but what is a conditional vacator? Conditionally vacating the judgment And I suggest to you that it's not Completely that it that it's probably irrelevant in light of federal law That addresses the federal jurisdictional question the judgment was in effect vacated by the district courts judgment and Once the jury was impaneled in the state court in the Fresno Superior Court that judgment no longer exists It's just You know that may be the case But I don't see why for example California couldn't have a rule that said in this circumstance where the federal courts say retry or release and then We have a second trial At which there's a conviction and then the Court of Appeals says the district court got it wrong I don't understand why California couldn't have a rule that says we go back to the first Determination. I have no idea whether they have such a rule or not, but explain to me Why they couldn't have such a rule. Well, well, I think that the concession is that there is no such rule I I would well the concession was they don't know they don't And you're not asserting that there's a clear rule to the contrary And in fact, the arguments been made the burdens on your client here. So we got a vacuum Well, what would you point us to? No, I I would point to the double jeopardy clause and just try and spin that out Jeopardy speaks to what happens later none of the cases you cited in your your papers to us And I guess we've made you file lots of papers None of them seem to speak to this situation, right? That is true. And I think Your remarks earlier were exactly correct that this is not the usual case. The usual case is where? a habeas petition becomes moot because During the pendency of the federal proceedings the petitioner dies where the petitioner is released from custody or his parole We're in the Seventh Circuit case where the the Seventh Circuit Emphasized that it's vacated it's gone habeas jurisdiction is Jurisdiction over the body not the not the conviction and since it is absolutely gone under if it's Indiana, Indiana Then you know, we have nothing here But yes, but until I know what conditionally vacated means I have difficulty deciding if the Seventh Circuit case is on point There is that factual distinction your honor that in that case the state court did What is logically I think compelled to do? To vacate the earlier conviction so that the person can go to trial Although that wasn't that wasn't what the district courts order was it was release or retry, right? It didn't say vacate well because it can't right, right So and I look at the Seventh Circuit decision in Brown Yes, and it deals with subsequent arguments after it's rested its decision on the point that the Indiana state conviction had been released and Then it says It's clear and I cite three Supreme Court cases after discussing them that compliance with a federal Courts writ of habeas corpus with respect to the petitioner's sentence or custody Does not render the complying states appeal of that writ moot and Goes on to say of course None of those cases dealt with what we have here a vacature of the underlying conviction And so we don't have it at least clearly established vacature of the underlying conviction and the Seventh Circuit Decision one of the few that speaks says that well the Supreme Court's decisions Haven't said that it makes the appeal of the habeas order moot So, why is it that we should treat it as moot if there hasn't been a clear vacature under California law Because I think if we play that out that that scenario out if what happened was this court ruled in the state's favor I Have a very difficult time believing that the state trial judge would then say oh well the Ninth Circuit has Reversed the district court's judgment. We're going to go back in the absence of the state law on this. We're going to vacate the jury's verdict in this case and They can't appeal me this case never sees the light of day again I'm not sure a trial judge. You'd be all that broken up if the case just goes away. Well, I think that Said that facetiously, but it's also serious because It could be well argued has been argued that this case isn't moot because whatever might happen in the pending case Goes away. You wouldn't have to have a sentencing. You wouldn't have to have the appeals that follow from the conviction and whatever sentencing trial number two Turns out to be unnecessary because trial number one supports a valid conviction and sentence What's wrong with that? I don't think that there's as we've we've discussed I don't think there's any law directly on point on that but I think that when you look at the situation in the absence of California law and the existence of the double jeopardy clause and Where's the double jeopardy problem? There's the first truck usually double jeopardy concerns you start stop and then convict him the second time here He was convicted the first time it's not going to get presumably the whole reason he's pursued the habeas and the retrials He doesn't think it's going to get any worse And my problem here is that as suggested by the the Brown decision to take The conclude to make the conclusion. This case is moot Strips the state of the ability to appeal an adverse habeas decision Because the reality is as we've seen in this case the time given to the state To commence a retrial is going to be too short for the ordinary appellate process. I mean We're on an expedited schedule But the trials the retrials already taken place. And so it seems to me the rule you're advocating for Basically offers a one-way street That is the state will never have the opportunity to appeal an adverse District Court decision with regard to habeas and why should that be? No, that's the the state could have released him The state could have dismissed the earlier Judgment and proceeded on a new complaint or an indictment How does that give them what I just offered up which is why can't they appeal the district courts decision? They could they could have a cluster here because you're telling me the case is moot and we can't review it rapidly enough no, the the state could have a You're saying it could have released it and just held off on retrying Yes, and held off and but not not very long. They could reconvene a grand jury They were they issue an information or they they could have released him while this appeal went forward but but your client was convicted of very serious rape charges, so the The the option of just releasing him To comply with the order while the appeal went forward may not have been a very feasible or attractive alternative Yeah, but that was only one alternative that the the County of Fresno the district's attorney office could have issued a an information or Had an indictment issued against the defendant against mr. Arcega and proceeded on that before the conviction was vacated that would have been vacating the conviction But so you're so there would be nothing to defend from the first habeas grant I mean that seems to be to to epitomize the problem of identified Which is that for the county to proceed as you just described means that first convictions gone away completely We're in the Brown situation So even if the state were right in the arguments they brought we couldn't do anything about it because the first conviction has been vacated Brings me back to the problem. I posed it seems to me the route you're proposing for us strips the state of the ability to ever appeal a habeas grant and And how is it otherwise I? and Why should that be I don't think that's the case and I think that in in Calderon versus Moore which the state? has repeatedly Misrepresented the trial had not yet even begun in that case and when This is a language from that decision while the administrative machinery necessary for a new trial has been set in motion That trial has not yet even begun Let alone reached a point where the court could no longer award any relief in the state's favor Because a decision in the state's favor would release it from the burden of the new trial itself the Court of Appeals is not Prevented from granting any effectual relief whatever in the state's favor the negative implication of that is this case? Not only has the trial begun it has concluded in a verdict of guilty Walk us through what is going to happen in the second conviction, so I understand There's a resentencing that's been scheduled to occur in the next few weeks is that correct in one week on March 14 Okay, so we have the first conviction that has been Conditionally vacated and and you agree that there hasn't been an order by the trial court Vacating the first conviction. There's only this language of a conditional vacatures that correct Okay, so what keeps the state from waiting to see what the sentence is in the second conviction? Who decides? Which conviction and which sentence will apply after this if this court doesn't find that it lacks? Jurisdiction to hear this appeal and decides the the merits of the appeal on the on the habeas claim Who decides which? Conviction of Mr.. Or SIGA will in fact apply If the state gets to choose so the state you're gonna have a resentencing in a few weeks or in a week There's a conviction that the state contends is still in effect And that this court should decide the the the underlying claim what happens then I Think that it's up to this court. You said who decides I think it's Incumbent upon this court to decide its own jurisdiction. That's the court's sui sponte duty And what if we decide we do have jurisdiction the case is not moot we have jurisdiction to decide and we Let's just say reverse the the lower court. Yes then what would happen I Don't know I mean I really I think we're in the same position that I had with a hypothetical earlier. Is that I Don't believe that the state trial judge there held a jury trial and will be willing to say that was all a nullity That we're gonna go back to this earlier judgment I don't think that there's any procedural mechanism for it. I don't think it's Logically consistent and could be an interesting appeal for the California Court of Appeal and Supreme Court to figure out but that's That's why we all get paid so much Okay, why don't you take a few minutes and we'll give you some extra time to get to the Batson argument, okay Thank you So I'd like to on the issue of mootness I just like to point out this Supreme Court's decision in Alvarez versus Smith in 2009 because I think that that's what's happening here The quote is a dispute solely about the meaning of the law Abstracted from any concrete actual or threatened harm falls outside the scope of the constitutional words Well, if you want to go back and talk about mootness rather than bats that we can but that doesn't speak to me because I've just hypothesized that if I Don't know that the case is moot because it could affect what happens in state court hereafter and that's what we've been talking about so If you want to use your time on mootness, go ahead, but sometime I hope you talk about Batson. Okay, I will I will discuss Batson Your honor judge Clifton. I Agree with your earlier comments to my learning colleague. That's why I want to talk about bad Exactly like Johnson that looked at what the court did not what the court Necessarily said it's more important what the court did and we have Numerous cases from the Supreme Court saying we want the actual reasons why the prosecutor used Peremptory challenges against racial minorities that's what we're aiming for here and and that's what the state court failed to do in this case it imagined reasons and That violates clearly established federal laws determined by the Supreme Court of the United States they've said in Miller L the standard is demanding but not insatiable and in this case, I think there was a compelling textbook example of a violation of Batson the district court the very experienced district court who sat for 18 years as a magistrate judge and ruled on Habeas cases applied to a DPA correctly in this case and we asked that the court affirmed the judgment of the district court alright, we'll we'll put two minutes on the clock for rebuttal and Then for for counsel in the courtroom When we're done with this case, we're going to take a 10-minute recess Before we get to the final two cases on the argument calendar I Just want to emphasize that nothing in Johnson and or in Batson Says that in every case we need to know what the actual reasons were if so There wouldn't be a bother with step one in the first place In step one, there's a threshold showing that it's to be made before the prosecutor has we has to disclose those reasons so It is a prime fish case It has to be made and it's the defendants burden to show it and he has to do it without Being able to question the prosecutor The prosecutor's statements only become in at step two and you're not always supposed to reach step two He has to make it possible showing on his own first and all the evidence will be considered and as this court in total pages recognized So much of that evidence will be simply unavailable to a later court. And so the idea that a later court That their task is to somehow make the step one ruling themselves to say What really was there an inference is? Incorrect. That is something that really is to do at the trial judge and just as a later court could decide not to review the Question at all. They could they could say look all we can do is Is there some evidence because we can't really actively view the question so given that it's your task to disprove What the trial judge did was right? Your task is almost always really impossible but what we can do is look and see at least if there's some evidence which is not really different for example when a Parole decision is made where a later court doesn't look at it and say oh, no We're gonna decide whether or not you really should be grant parole All they do is say there's some evidence supporting it And that's all we can give you because the real person enforcing the rule is at the is at the lower level Thank you, all right, thank you we thank counsel for their argument the case just argued will be submitted and will be in recess for 10 minutes
judges: CLIFTON, BENNETT, DESAI